PER CURIAM.
Affirmed. Buford v. State, 492 So.2d 355 (Fla.1986); Stone v. State, 481 So.2d 478 (Fla.1985); Roth v. State, 479 So.2d 848 (Fla. 3d DCA 1985); Suarez v. State, 338 So.2d 546 (Fla. 3d DCA 1976); Stewart v. State, 511 So.2d 375 (Fla. 1st DCA 1987); Ferby v. State, 404 So.2d 407 (Fla. 5th DCA 1981); Roberts v. State, 378 So.2d 887 (Fla. 1st DCA 1979); Stallings v. State, 319 So.2d 640 (Fla. 1st DCA 1975).